UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-22254
Angelene C Pair )
)  Chapter: 13
)  Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

**Order Denying Discharge**

This matter coming before the Court on Trustee's Motion, due notice having been given, IT IS HEREBY ORDERED: Debtor shall not be granted a discharge in this case.

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: August 16, 2016

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300