Form dschntc

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 16–22254
Chapter: 13
Judge: A. Benjamin Goldgar

In Re:
  Angelene C Pair
  479 Deer Trail Rd.
  Chicago Heights, IL 60411

Social Security / Individual Taxpayer ID No.:
  xxx–xx–6765

Employer Tax ID / Other nos.:

---

**Notice of Denied, Vacated, Waived, or Revoked Discharge**

On August 16, 2016, the Court signed an order:

- ○ Vacating the Discharge
- ⊙ Denying the Discharge
- ○ Revoking the Discharge
- ○ Approving the Waiver of the Discharge

FOR THE COURT

Dated: August 17, 2016         Jeffrey P. Allsteadt, Clerk
                               United States Bankruptcy Court