B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re  Angelene C Pair                    ,             Case No.  16-22254

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Argon Credit | First Associates Loan Servicing, LLC as agent for Argon Credit |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
200 West Jackson, 9th Floor
Chicago, IL 60606

Court Claim # (if known):  6
Amount of Claim:  $4,208.53
Date Claim Filed:  09/30/2016

Phone:  800-414-0063
Last Four Digits of Acct #:  134

Phone:  858-432-5121
Last Four Digits of Acct. #:  134

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Anthony Gonzales                    Date: 02/02/2017
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.