NTCASCLM

# United States Bankruptcy Court
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Angelene C Pair
479 Deer Trail Rd.
Chicago Heights, IL 60411
SSN: xxx–xx–6765 EIN: N.A.

Case No. : 16–22254
Chapter : 13
Judge :   A. Benjamin Goldgar

---

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : FIRST ASSOCIATES LOAN SERVICING, LLC

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Argon Credit of your claim in the above matter, designated Claim No. 6 in the amount of $4208.53. If no objections are filed by you on or before February 23, 2017 the Court shall substitute Argon Credit in your place and stead as a claimant. If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: February 3, 2017

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court