UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 16-22254 |
|---|---|---|
| Angelene C Pair | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION**

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to defer the current trustee default to the end of the Plan.

Enter:

Dated: **AUG - 8 2017**

United States Bankruptcy Judge

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20151029_bko