IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:  16-22254 |
| | ) | |
| Angelene C Pair | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge:  A. Benjamin Goldgar |

NOTICE OF MOTION

TO:  Angelene C Pair*,* 479 Deer Trail Rd. Chicago Heights, IL 60411 *via mail*

Trustee Marilyn O Marshall, 224 South Michigan Ste. 800, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **January 30, 2018 at 10:30 am** I shall appear before the Honorable Judge A. Benjamin Goldgar at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois 60604 or any Judge presiding and then and there present the **Motion**, a copy of which is attached hereto.

By: /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on January 9, 2018 before the hour of 7:00 p.m.

By: /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.:   16-22254 |
| | ) | |
| Angelene C Pair | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge:  A. Benjamin Goldgar |

## MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Angelene C Pair (hereafter referred to as "the Debtor"), by and through her attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on July 11, 2016 and her Plan was confirmed on August 30, 2016.

3. The Debtor's confirmation Order provides for a plan payment of $695 for 60 months, with unsecured creditors receiving 100% of their unsecured claims.

4. Debtor's plan was modified on 8/8/2017 and the default of $970 was deferred.

5. The Debtor had fallen behind on her plan payments.

6. The Debtor had made a payment of $695 that had posted on January 2, 2018.

7. The Debtor fell behind her plan payments due loss of income in the past summer months and this had caused her to fall behind and she struggled to catch up and get current.

8. The Debtor is able to make her plan payments going forward.  The Debtor is looking to modify her plan by deferring the current default to the end of the plan.  The creditor claims came in lower than scheduled and there is room to defer in the Debtor's plan.

9. The Debtor seeks to modify the plan to defer the current trustee's default to the end of the plan.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated: January 9, 2018                                  Respectfully Submitted,

                                                          By:   /s/ David H. Cutler
                                                               David H. Cutler, esq.,
                                                               Counsel for Debtor(s):
                                                               Cutler & Associates, Ltd.
                                                               4131 Main St.
                                                               Skokie, IL 60076
                                                               Phone: (847) 673-8600